IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED we

05 APR 22 PM 1:4.

ROBERT R. DI ... IO
CLERK, U.S. DI ... CT.
W.D. OF TN, MEMPHIS

MARION LATROY WILLIAMS,        )
                               )
          Plaintiff,           )
                               )
vs.                            )        No. 04-2723-MaV
                               )
HAROLD MOTTER,                 )
                               )
          Defendant.           )

---

SCHEDULING ORDER

---

Pursuant to written notice, a scheduling conference was held. At the conference, the following dates were established as the final dates for:

INITIAL DISCLOSURES PURSUANT TO Fed.R.Civ.P. 26(a)(1): May 7, 2005

JOINING PARTIES: June 18, 2005

AMENDING PLEADINGS: June 18, 2005

INITIAL MOTIONS TO DISMISS: July 16, 2005

COMPLETING ALL DISCOVERY: March 18, 2006

    (a) DOCUMENT PRODUCTION: March 18, 2006

    (b) DEPOSITIONS, INTERROGATORIES AND REQUESTS FOR ADMISSIONS: March 18, 2006

    (c) EXPERT WITNESS DISCLOSURE (Rule 26):

        (1) DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION: January 21, 2006

        (2) DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMATION: February 25, 2006

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on ___4-26-05___

12

(3)   EXPERT WITNESS DEPOSITIONS:  March 18, 2006

FILING DISPOSITIVE MOTIONS:  April 14, 2006

OTHER RELEVANT MATTERS:

No depositions may be scheduled to occur after the discovery cutoff date.   All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

This case is set for non-jury trial, and the trial is expected to last 2 days.  The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge.

This case is appropriate for ADR.  The parties are directed to engage in court-annexed attorney mediation or private mediation after the close of discovery.

The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59, and 60 shall be accompanied by a proposed order.

The opposing party may file a response to any motion filed in this matter.  Neither party may file an additional reply, however, without leave of the court.  If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties have not consented to trial before the magistrate judge.

This order has been entered after consultation with trial counsel pursuant to notice.  Absent good cause shown, the scheduling dates set by this order will not be modified or

2

extended.

IT IS SO ORDERED.

_____

DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE
DATE: *April 21, 2005* _____

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 2:04-CV-02723 was distributed by fax, mail, or direct printing on April 26, 2005 to the parties listed.

---

Marion LaTroy Williams
3250 Commercial Parkway
Memphis, TN 38116

Paul Anthony Robinson
ROBINSON LAW FIRM
3360 Fontaine
Memphis, TN 38116

John W Green
LAW OFFICE OF JOHN W. GREEN
300 Clinton Ave. W.
Ste 24
Huntsville, AL 35801

Honorable Samuel Mays
US DISTRICT COURT