IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| Marion Williams, d/b/a ICA and First Supreme, Plaintiffs, | ) ) ) ) |
| v. | ) No. 04-2723 Ma/V ) |
| Harold Motter, d/b/a Color Xpress, and Tom Kellum, d/b/a Designer Graphics, Defendants. | ) ) ) ) ) |

## ORDER TO SHOW CAUSE

Before the court is Defendant Tom Kellum's June 02, 2005, motion to dismiss. Plaintiffs have not yet responded to the motion, and the time for response has passed. Plaintiffs are hereby ordered to show cause within eleven (11) days from the date of this order as to why Defendant's motion should not be granted.

So ordered this 19th day of December 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 17 in case 2:04-CV-02723 was distributed by fax, mail, or direct printing on December 19, 2005 to the parties listed.

---

Aubrey Lee Brown
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

John W Green
LAW OFFICE OF JOHN W. GREEN
300 Clinton Ave. W.
Ste 24
Huntsville, AL 35801

Paul Anthony Robinson
ROBINSON LAW FIRM
147 Jefferson Ave.
Ste. 905
Memphis, TN 38103

Marion LaTroy Williams
3250 Commercial Parkway
Memphis, TN 38116

Honorable Samuel Mays
US DISTRICT COURT